# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

MARK PIERCE, on behalf of himself and all others similarly situated

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Beijing-Matsushita Color CRT Company, Ltd., et al.

[Please see Attachment A for additional defendants]

TO: (Name and address of defendant)

Beijing Matsushita Electric Industrial Co., Ltd.
No. 9 Juixianqiao North Road
Dashanzi Chaoyang District, Beijing
People's Republic of China



[Please see Attachment A for additional defendants and their addresses]

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Henry A. Cirillo
Thomas P. Dove
Jonathan M. Watkins
Michael S. Christian
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE January 17, 2008

(BY) DEPUTY CLERK

## ATTACHMENT A

[Defendants, continued]

Chunghwa Picture Tubes, Ltd.; Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.; Hitachi, Ltd.; Hitachi America, Ltd.; Hitachi Asia, Ltd.; Irico Group Corporation; Irico Display Devices Co., Ltd.; LG Electronics, Inc.; LP Displays International, Ltd.; Matsushita Electric Industrial Co., Ltd.; Panasonic Corporation of North America; Orion Electric Co., Ltd.; Orion America, Inc.; Koninklijke Philips Electronics N.V.; Philips Electronics North America; Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samtel Color, Ltd.; Thai CRT Company, Ltd.; Toshiba Corporation; and MT Picture Display Co., Ltd. a/k/a Matsushita Toshiba Picture Display Co., Ltd.

Chunghwa Picture Tubes, Ltd.
1127 Heping Road
Bade City, Taoyuan
Taiwan

Chunghwa Picture Tubes (Malaysia)
   Sdn. Bhd.
Lot 1, Subang Hi-Tech Industrial Park
Batu Tiga, 4000 Shah Alam
Selangor Darul Ehsan
Malaysia

Hitachi, Ltd.
6-6, Marunouchi 1-chome
Chiyoda-ku, Tokyo, 100-8280
Japan

Hitachi America, Ltd.
2000 Sierra Point Parkway
Brisbane, CA 94005

Hitachi Asia, Ltd.
16 Collyer Quay
#20-00 Hitachi Tower
Singapore 049318

Irico Group Corporation
1 Caihong Road
Xianyang City, Shaanxi Province 712021
People's Republic of China

Irico Display Devices Co., Ltd.
No. 16, Fenghui South Road West
District High-Tech Development Zone
Xi'an, SX1 710075
People's Republic of China

LG Electronics, Inc.
LG Twin Towers 20
Yeouido-dong, Yeongdeungpo-gu
Seoul, Korea 150-721

LP Displays International, Ltd.
6th Floor, ING Tower
308 Des Voeux Road Central
Sheung Wan, Hong Kong
China

Matsushita Electric Industrial Co., Ltd.
1006, Oaza Kadoma
Kadoma-shi, Osaka 571-8501
Japan

Panasonic Corporation of North America
One Panasonic Way
Secaucus, NJ 07094

Orion Electric Co., Ltd.
41-1 Iehisa-cho Echizen-shi
Fukui 915-8555
Japan

Orion America, Inc.
Highway 41 North
Orion Place
Princeton, IN 47670

Koninklijke Philips Electronics N.V.
Breitner Center, Amstelplein 2
1096 BC Amsterdam
The Netherlands

Philips Electronics North America
1251 Avenue of the Americas
New York, NY 10020

Samsung SDI Co., Ltd.
575 Shin-dong, Yeongtong-gu
Suwon, Gyeonggi-do
Korea 443-731

Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, CA 92612

Samtel Color, Ltd.
52, Community Centre
New Friends Colony
New Delhi 110065 India

Thai CRT Company, Ltd.
1/F 26 Siam Cement Road
Bangsue Dusit, Bangkok
Thailand

Toshiba Corporation
1-1, Shibaura 1-chome
Minato-ku, Tokyo 105-8001
Japan

MT Picture Display Co., Ltd.
a/k/a Matsushita Toshiba Picture Display
     Co., Ltd.
1-1, Saiwai-cho
Takatsuki City 569-1193
Osaka, Japan

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

| *Check one box below to indicate appropriate method of service* |
|---|
| ☐ Served Personally upon the Defendant. Place where served: |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐ Returned unexecuted: |
| ☐ Other *(specify)*: |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on _____<br>　　　　　　　　Date　　　　　　　　　　　　　　　　Signature of Server<br><br>　　　　　　　　　　　　　　　　　　　　　　　　　　　_____<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　Address of Server<br><br>(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure |

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| HENRY A. CIRILLO, ESQ. (131527)<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th floor<br>San Francisco, California 94104 | (415) 433-2070 | |
| Attorneys for: PLAINTIFF AND THE PUTATIVE CLASS | Ref. No. Or File No.<br>W2491072 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
MARK PIERCE, etc.

Defendant:
BEIJING-MATSUSHITA COLOR CRT COMPANY, LTD., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-0337 MMC |
|---|---|---|---|---|

I, Stephanie Barber, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; ATTACHMENT A; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDER FOR CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : HITACHI AMERICA, LTD.

By Serving        : BECKY DEGEORGE, Authorized Agent of CSC-Lawyers Incorporating Service, Agent for Service of Process.
Address           : 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833
Date & Time       : Friday, February 1, 2008 @ 12:20 p.m.
Witness fees were : Not applicable.

Person serving:
Stephanie Barber
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 2000-20
   (3) County: Sacramento
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 1, 2008

Signature: _____
Stephanie Barber


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| HENRY A. CIRILLO, ESQ. (131527)<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th floor<br>San Francisco, California  94104 | (415) 433-2070 | |
| Attorneys for: PLAINTIFF AND THE PUTATIVE CLASS | Ref. No. Or File No.<br>W2491075 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
MARK PIERCE, etc.

Defendant:
BEIJING-MATSUSHITA COLOR CRT COMPANY, LTD., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-0337 MMC |
|---|---|---|---|---|

I, Pamela J. Conley, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; ATTACHMENT A; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDER FOR CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : ORION AMERICA, INC.

By Serving           : BARBARA PARKS, Authorized Agent of United Corporate Services, Inc.,
                       Agent for Service of Process
Address              : 55 Monument Circle, Suite 422, Indianapolis, Indiana  46204
Date & Time          : Friday, February 1, 2008 @ 9:30 a.m.
Witness fees were    : Not applicable.


Person serving:                          a. Fee for service:
Pamela J. Conley                         d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.:
San Francisco, California  94105            (3) County:
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 5, 2008                   Signature: /s/ Pamela J. Conley
                                                    Pamela J. Conley


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| HENRY A. CIRILLO, ESQ. (131527)<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th floor<br>San Francisco, California 94104 | (415) 433-2070 | |
| Attorneys for: PLAINTIFF AND THE PUTATIVE CLASS | Ref. No. Or File No.<br>W2491071 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
MARK PIERCE, etc.

Defendant:
BEIJING-MATSUSHITA COLOR CRT COMPANY, LTD., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div. | Case Number:<br>C08-0337 MMC |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; ATTACHMENT A; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDER FOR CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : PANASONIC CORPORATION OF NORTH AMERICA |
| By Serving | : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process |
| Address | : 818 W. Seventh Street, Los Angeles, California 90017 |
| Date & Time | : Monday, February 4, 2008 @ 2:30 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 3991
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 5, 2008                    Signature: _____
                                                      B. Anderson


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| HENRY A. CIRILLO, ESQ. (131527)<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th floor<br>San Francisco, California 94104 | (415) 433-2070 | |
| Attorneys for: PLAINTIFF AND THE PUTATIVE CLASS | Ref. No. Or File No.<br>W2491073 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
MARK PIERCE, etc.

Defendant:
BEIJING-MATSUSHITA COLOR CRT COMPANY, LTD., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-0337 MMC |
|---|---|---|---|---|

I, Stephanie Barber, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; ATTACHMENT A; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDER FOR CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant      : PHILLIPS ELECTRONICS NORTH AMERICA

By Serving     : BECKY DEGEORGE, Authorized Agent of CSC-Lawyers Incorporating Service, Agent for Service of Process.
Address        : 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833
Date & Time    : Friday, February 1, 2008 @ 12:20 p.m.
Witness fees were : Not applicable.

Person serving:                          a. Fee for service:
Stephanie Barber                         d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502              (2) Registration No.: 2000-20
San Francisco, California 94105            (3) County: Sacramento
Phone: (415) 546-6000                      (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 1, 2008                    Signature:_____
                                                    Stephanie Barber


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| HENRY A. CIRILLO, ESQ. (131527)<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th floor<br>San Francisco, California 94104 | (415) 433-2070 | |
| Attorneys for: PLAINTIFF AND THE PUTATIVE CLASS | Ref. No. Or File No.<br>W2491074 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
MARK PIERCE, etc.

Defendant:
BEIJING-MATSUSHITA COLOR CRT COMPANY, LTD., et al.

**PROOF OF SERVICE**

| Date: | Time: | Dept/Div: | Case Number: C08-0337 MMC |
|---|---|---|---|

I, Gordon Chibana, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; ATTACHMENT A; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDER FOR CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : SAMSUNG SDI AMERICA, INC.

By Serving           : DIANA KIM, Secretary/Authorized to Accept Service of Process

Address              : 3333 Michelson Drive, Suite 100, Irvine, California 92612
Date & Time          : Friday, February 1, 2008 @ 10:20 a.m.
Witness fees were    : Not applicable.


Person serving:                         a. Fee for service:
Gordon Chibana                          d. Registered California Process Server
**Wheels of Justice, Inc.**                (1) Employee or independent contractor
657 Mission Street, Suite 502              (2) Registration No.: 1490
San Francisco, California 94105            (3) County: Orange
Phone: (415) 546-6000                      (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 4, 2008              Signature:_____
                                              Gordon Chibana


Printed on recycled paper